# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 20-1940V
### UNPUBLISHED

| | |
|---|---|
| BERNADETTE STRAND, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: January 5, 2023 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Special Processing Unit (SPU); Ruling on Entitlement; Concession; Table Injury; Influenza (Flu); Shoulder Injury Related to Vaccine Administration (SIRVA). |
| Respondent. | |

*Rhonda Lorenz-Pignato*, Shannon Law Group, PC, Woodridge, IL, *for Petitioner*.

*Voris Edward Johnson*, U.S. Department of Justice, Washington, DC, *for Respondent*.

### **RULING ON ENTITLEMENT**[1]

On December 22, 2020, Bernadette Strand filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she received an influenza ("flu") vaccination on October 9, 2020, and thereafter suffered a right-sided shoulder injury related to vaccine administration ("SIRVA"). Petition (ECF No. 1) at Preamble. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On January 5, 2023, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent states that Petitioner has suffered a right-sided SIRVA as listed on the Vaccine Injury Table ("Table") and the Qualifications and Aids for

---

[1] Because this unpublished Ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Interpretation ("QAI") for SIRVA. *Id.* at 4-5; *see also* 42 C.F.R. §§ 100.3(a), (c)(10). Respondent did not identify any other causes for Petitioner's SIRVA and Respondent states that Petitioner met the statutory requirements for eligibility under the Vaccine Program, namely by experiencing the residual effects or complications of her injury for more than six months after vaccine administration. *Id.* at 5 (citing Sections 13(a)(1)(B); 11(c)(1)(D)(i)).

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master